

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00113-CV
_____

MOHAMMED FAWWAZ SHOUKFEH, M.D., P.A.,
D/B/A TEXAS CARDIAC CENTER, APPELLANT

V.

JAMES G. GRATTAN AND TEXAS WORKFORCE COMMISSION, APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2014-510,479; Honorable William C. Sowder, Presiding

May 1, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Mohammed Fawwaz Shoukfeh, M.D., P.A., d/b/a Texas Cardiac Center, gave notice of appeal from the trial court's summary judgment in favor of Appellees, James G. Grattan and the Texas Workforce Commission finding substantial evidence to support the Commission's wage claim decision. By letter dated April 1, 2015, the Clerk of this Court advised Dr. Shoukfeh that a filing fee of $195 was overdue

and noted that failure to submit payment within ten days would subject the appeal to dismissal pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure.

Dr. Shoukfeh has not responded, paid the filing fee, nor made other arrangements for the discharge of the clerk's filing fee. *See* TEX. R. APP. P. 12.1(b). Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing. *See id.* at 5, 12.1(b). Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. *Id.* at 25.1(b).

Accordingly, this appeal is dismissed for failure to comply with a directive from this Court requiring action within a specified time. *Id.* at 42.3(c).

Per Curiam